# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO LINARES,<br><br>        Petitioner,<br><br>        v.<br><br>M.S. EVANS, Warden,<br><br>        Respondent. | Case No. CV 09-2128-DDP (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: May 5, 2011

                                                               DEAN D. PREGERSON<br>
                                                           UNITED STATES DISTRICT JUDGE